IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVERETT CHESTER CONLEY,
ADC #100841,
a/k/a Malik El Shabazz                                                    PLAINTIFF

v.                           No. 1:12-cv-128-DPM

JOHN FERGURSON, Lieutenant,
Independence County Jail, *et al.*                                       DEFENDANTS

## JUDGMENT

Conley's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 January 2013